AFFIDAVIT

**State of Texas**
**County of Harris**

**BEFORE ME,** the undersigned Notary, ___DAVID SANTANA___ , on this 9th day of May, 2014, personally appeared Michael F. Palma , known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

I, Michael F. Palma

1. have had no employment since approximately 2002 due to medical issues,
2. am not married,
3. receive no federal assistance,
4. receive only limited funds from my girlfriend,
5. have only $5.00 in a checking account due to the IRS emptying the account a couple of years ago,
6. owns no real property, owns an automobile, household furnishings, clothes and personal effects,
7. have monthly debts that amount to approximately $150 per month plus food which is paid by my girlfriend,
8. I have an outstanding judgment to Bank of America of over $90,000.
9. I have no other debts such as home or auto,
10. have no dependants.

FURTHER, THIS AFFIANT SAYETH NOT.

_____
Michael-Francis: Palma
5026 Autumn Forest Dr.
Houston, Texas 77091
(713) 263-9937


Subscribed and sworn to before me, this 9th day of May, 2014.

Notary Seal:
DAVID SANTANA
My Commission Expires
June 30, 2015

_____ 5/9/14
NOTARY PUBLIC
My Commission Expires:

___June 30th, 2015___