AFFIDAVIT

**State of Texas**
**County of Harris**

**BEFORE ME,** the undersigned Notary, ___DAVID SANTANA___ , on this 9th day of May, 2014, personally appeared Michael F. Palma , known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

I, Michael F. Palma, do hereby state that on May 5 2014 I was contacted by Sam's club credit department. I was notified by them that the Internal Revenue Service did serve a summons for GECRB/Sam's Club Credit to release private information of affiant.

Additionally, affiant further states that he was not contacted by any Internal Revenue Service Agent prior to the notification of GECRB/Sam's Club Credit.

I claim common law jurisdiction. I do not surrender any natural or common law rights in this proceeding. FURTHER, THIS AFFIANT SAYETH NOT.

_____
Michael-Francis: Palma
5026 Autumn Forest Dr.
Houston, Texas 77091
(713) 263-9937

Subscribed and sworn to before me, this 9th day of May, 2014.

Notary Seal:

DAVID SANTANA
My Commission Expires
June 30, 2015

_____ 5/9/14
NOTARY PUBLIC

My Commission Expires:

__June 30__, 20__15__