UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Re:   Civil Action 4:14−cv−01362
      Palma v. The United States et al

To:   Plaintiff

You should have already received a copy of the order granting your application to proceed as a pauper.

Because the court has granted your application, this civil action number has been assigned to your case. All papers about your case must include this number.

If you submitted your complaint with your application, it has been filed in the case with the civil action number. If you did not submit your complaint with your application, you may file it now under the civil action number.

You are responsible for the summons. You must prepare and have one summons issued for each defendant in your complaint pursuant to Fed. R. Civ. P. 4. You are also responsible for service of the summons unless otherwise ordered by the court.

If you do not have summons issued within 120 days of the filing of your complaint, the court may dismiss it, ending your case.


Date: May 16, 2014


David J. Bradley, Clerk