4:14-cv-01362

<u>Interested Parties</u>

To the honorable Judge and Clerk of said court:

The Corporate United States located in Washington DC and Michael Palma c/o 5026 Autumn Forest Dr. Houston, Texas 77091.

Sincerely

Michael Palma
c/o 5026 Autumn Forest Dr.
Houston Texas 77091
713-263-9937