USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
UNITED STATES MARSHAL
14 MAY 16 AM 10: 03
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael F Palma | 4:14cv1362 (4-14-CV-1362) |
| DEFENDANT | TYPE OF PROCESS |
| The United States et al | summons and complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Custodian of Record
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
GECRB/Sams Club, PO Box 965004, Orlando, FL 32896

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk
US District Court
PO Box 61010
Houston, TX 77208

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 0 9 2014
David J. Bradley, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| L Gouldie, deputy clerk | | 713-250-5507 | 5/16/14 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk Pat Lopez | Date 5/16/2014 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 5/21/2014 | 6:00 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
Pat Lopez

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | | | $0.00 |

REMARKS:
5/19/2014 - Service via Certified Mail 7012 3460 0001 9803 7416
5/21/2014 - Served via Certified Mail.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *J. Nino*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *J. Nino*   C. Date of Delivery |
| 1. Article Addressed to:  4-14-CV-1362<br><br>CUSTODIAN OF RECORDS<br>GECRB/SAMS CLUB<br>P.O. BOX 965004<br>ORLANDO, FL 32896 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 3460 0001 9803 7416 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
UNITED STATES MARSHAL
14 MAY 27 PM 1:45
S/TX

• Sender: Please print your name, address, and ZIP+4 in this box●

UNITED STATES MARSHALS SERVICE
ATTN: CIVIL PROCESS DESK
515 RUSK AVENUE, SUITE 10002
HOUSTON, TX 77002

AO 440 (Rev. 04/08) Civil Summons

RECEIVED
UNITED STATES MARSHAL

14 MAY 16 AM 10: 04

SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| MICHAEL F. PALMA ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 4:14cv1362 |
| THE UNITED STATES, etal ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Custodian of Record
GECRB/SAMS CLUB
PO Box 965004
Orlando FL 32896

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

MICHAEL F. PALMA, Petitioner
c/o 5026 AUTUMN FOREST DR.
Houston, Texas 77091

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

Name of clerk of court

Date:  05/09/2014

L. Gould e
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*