

# Summons

In the matter of  **MIKE PALMA, 5026 AUTUMN FOREST DR, HOUSTON TX 77091**    ssn 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

Internal Revenue Service (Division): **Small Business / Self Employed**

Industry/Area (name or number): **Small Business / Self Employed - Area 25**

Periods:  **See Attachment 1 to Summons Form 2039 for Period Information**

## The Commissioner of Internal Revenue

To:  **GECRB SAMS CLUB**

At:  **PO BOX 965005, ORLANDO FL 32896**

You are hereby summoned and required to appear before A MELEE BAILEY, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

COPIES OF CREDIT CARD STATEMENTS FROM AUGUST 1, 2013 THROUGH APRIL 30, 2014
METHOD OF PAYMENT FOR MONTHLY BILLING--IF PAPER CHECK, ATTACH COPY OF CANCELLED CHECK, IF NO PAPER CHECK OR PAYMENT IS REMITTED ELECTRONICALLY, PROVIDE NAME OF FINANCIAL INSTITUTION USED
COPY OF CREDIT APPLICATION IF APPLICATION IS DATED AFTER JANUARY 1, 2011

NOTE:  Under IRC 7609, this summons is exempt from the notice requirements pertaining to third party summonses.
REPLY BY MAIL

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

8701 S GESSNER, STOP 5434 HAL, HOUSTON, TX 77074-2944 - (281)721-7735

**Place and time for appearance at**    8701 S GESSNER, STOP 5434 HAL, HOUSTON, TX 77074-2944

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the  9th  day of  May  ,  2014  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  25th   day of April           ,  2014

**A MELEE BAILEY**  /s/ A Bailey
Signature of Issuing Officer

**Electronic approval obtained by Thomas A Carson**
Signature of Approving Officer (if applicable)

REVENUE OFFICER
Title

GROUP MANAGER
Title

Exhibit  A

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
|      |      |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|-----------|-------|
|           |       |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____  Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
|           |       |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|           |       |

Form **2039** (Rev. 10-2010)

Attachment 1 to Summons Form 2039

In the matter of  **MIKE PALMA**

Period information:  1040 PERIODS ENDING DECEMBER 31, 1997, DECEMBER 31, 1999, DECEMBER 31, 2000, DECEMBER 31, 2001, DECEMBER 31, 2002, DECEMBER 31, 2006, DECEMBER 31, 2007, DECEMBER 31, 2011, CIVIL PENALTY PERIODS ENDING DECEMBER 31 2005, DECEMBER 31, 2006, DECEMBER 31, 2007, DECEMBER 31, 2008, DECEMBER 31, 2009

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7012 2920 0000 2690 5597

PS Form 3800, August 2006                See Reverse for Instructions

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. PPM
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GECRB Sams Club
PO Box 965005
Orlando FL
32896

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  J. Nino    ☐ Agent
              ☐ Addressee

B. Received by (Printed Name) J. Nino

C. Date of Delivery   APR 30 2014

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7012 2920 0000 2690 5597

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540