```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION

MICHAEL F. PALMA,              )
                               )
    Petitioner,                )
                               )
    v.                         )    CIVIL CASE NO. 14-cv-1362
                               )
UNITED STATES OF AMERICA,      )
et al,                         )
                               )
    Respondent.                )
```

                          ORDER OF DISMISSAL

    For good cause show, the United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED.  It is

    ORDERED that there is no basis for jurisdiction in this matter, and the petition to quash is DISMISSED with prejudice.


    SIGNED at Houston, Texas, on _____, 2014.


                                   _____
                                   HON. LEE H. ROSENTHAL
                                   UNITED STATES DISTRICT JUDGE